IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TERRY ANN GAINER**                                                                                    PLAINTIFF

v.                                      Case No. 4:20-cv-01446 KGB

**WATERS OF WOODLAND HILLS, LLC**                                          DEFENDANT

## ORDER

Before the Court is plaintiff Terry Ann Gainer's motion to dismiss (Dkt. No. 28, ¶ 1). Defendant Waters of Woodland Hills, LLC has responded that it does not oppose Ms. Gainer's motion to dismiss and agrees that the Court should dismiss the case on terms that the Court deems proper under Federal Rule of Civil Procedure 41(a)(2) (Dkt. No. 29, ¶ 1). For good cause shown, the Court grants Ms. Gainer's motion to dismiss and dismisses without prejudice Ms. Gainer's complaint (Dkt. Nos. 1; 28). The Court denies as moot all other pending motions (Dkt. Nos. 21; 24; 27).

It is so ordered this 16th day of December, 2021.

                                                                                                _____
                                                                                                Kristine G. Baker
                                                                                                United States District Judge